**FULL NAME:** D.J. Robert Carpenter

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** P.O. Box 1748, Indio CA 92201

**PRISON NUMBER (if applicable):** 202026722

FILED
CLERK, U.S. DISTRICT COURT

MAR 21 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: EEE DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

D.J. Robert Carpenter
PLAINTIFF,

v.

Riverside Sheriff's Office
DEFENDANT(S).

**CASE NUMBER** 5:22-CV-00509-PA-SHK

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **D.J. Robert Carpenter**
(print plaintiff's name)
who presently resides at **J.B.DC. P.O. Box 1748 Indio, CA 92201**
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Riverside University Hospital (Riverside University Medical Hospital)**
(institution/city where violation occurred)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                 Page 2 of 6

on (date or dates) __12.27.21__, _____, _____.
                       (Claim I)          (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Riverside Sheriff's Office__ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)
   __Deputy Sheriff Officers__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __cruel & unusual punishments inflicted,__
   __by negligence.__

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

4. Defendant _____ resides or works at
   (full name of first defendant)
   
   _____
   (full address of first defendant)
   
   _____
   (defendant's position and title, if any)
   
   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.
   
   Explain how this defendant was acting under color of law:
   
   _____
   
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)
   
   _____
   (full address of first defendant)
   
   _____
   (defendant's position and title, if any)
   
   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.
   
   Explain how this defendant was acting under color of law:
   
   _____
   
   _____

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

U.S. Consitution's Eigth Amendment prohibibition on cruel & unusual punishment. Riverside Sheriff's officers acted in "deliberate indifference". The use of excessive force by general population inmates being placed in the holding cell with me clearly marked P.C.\S.N.y inmate.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Riverside county Sheriff's officers Stenteno & Garcia placed general population inmates in a medical holding cell clearly marked P.C.\S.Ny on 12.27.21, when General population inmates realized that i was a(n) S.N.y inmate (2) of those inmates assaulted me. One hit me over the head with his cast multiply times, while the another one punched me all over my body & head mutiply times until officers came to break it up. Everything is on recorded video.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I believe those inmates we're placed there to "maliciously or sadistically" for the very purpose of causing harm. Mentally i can't get over the whole incident that occured i'm continuing to have nightmares & headaches. I feel that was cruel & unusual for me to be attacked by those inmates. This whole incident was not in good faith. My Eight Amendments rights we're violated. Also to note when i filed the grievance they moved me here to J.B.D.C intentionally trying to delay my legal process and which has also delayed my medical process which has caused me complete pain & suffering. I believe that I am entitled to $1,000,000 (one million dollars). For pain & suffering, negligent & Intentional wrongful acts, & cruel & unusual punishments inflicted. Also to ADD: 01.21.22 officers said in retaliation for grievances filed & complaints in this matter they attempted on the above date handcuff me & take me out of my housing unit to a(n) holding cell for no just cause, they they made me wait on my dinner 30-40 minutes longer than the rest of the housing units. Its all on video.

3-7-22

(Date)

(Signature of Plaintiff)

DS Cash[...]
P.O. Box 1418
Indio CA 92201

CV

SN BERNARDINO CA 923
17 MAR 2022 PM 4 L

United States District
Court Central District
of California
[...]

90012-333299

N7304