JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

D.J. ROBERT CARPENTER,

                     Plaintiff,

          v.

RIVERSIDE SHERIFF'S OFFICE,

                  Defendant.

Case No. 5:22-cv-00509-PA-SHK

**JUDGMENT**

     Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  August 3, 2022

_____
PERCY ANDERSON
United States District Judge